**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

| | |
|---|---|
| MICHAEL J. BARZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  No.  26-cv-04707 |
| | ) |
| CITY OF CHICAGO; | ) |
| LARRY SNELLING, individually | ) |
| and in his official capacity; | ) |
| JOY A. BROWN, individually | ) |
| and in her official capacity., | ) |
| SANDRA BLAKEMORE, individually | ) |
| and in her official capacity; | ) |
| Defendants. | ) |

## STATUS REPORT

NOW COMES Plaintiff, MICHAEL J. BARZ, by and through respective counsel and submit the following Status Report pursuant to this Court's May 30, 2026, Minute Entry Order Plaintiff states as follows:

### 1. Status of Service

Defendants graciously sent over service waivers for all of the Defendants and will be filing appearances shortly. The Plaintiff will be filing an amended complaint and the parties have agreed that responsive pleadings will be filed once the amended complaint is on file, pursuant to Defendants's waiver of service deadline.

### 2. Claims and Defenses

Complaint alleges defamation and violation of due process rights related to internal investigations by the Police Department. Some defenses will likely be based on the Tort Immunity Act

1

### 3. Settlement

The Parties are currently discussing a potential resolution of the case.

### 4. Discovery schedule

The parties would request a short period of time to engage in settlement negotiations and clean up some of the issues with pleadings before entering into a discovery schedule.

Respectfully submitted,

**MALATESTA LAW OFFICES, LLC**
*s/ Michael J. Malatesta*
Michael J. Malatesta
134 North Lasalle Street, Suite 425
Chicago, Illinois 60602